**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Craig Meyers
        vs.
National Railroad Passenger
Corp. (Amtrak)

Case Number:

**08 C 540**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Crag Meyers

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| NAME (Type or print) <br> Steven M. Dicker, Esquire | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven M. Dicker | |
| FIRM <br> Dicker & Dicker | |
| STREET ADDRESS <br> 300 W. Adams Street, #330 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 52742 | TELEPHONE NUMBER <br> (312) 853-3485 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐