UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Craig Meyers
                Plaintiff,

v.                                Case No.: 1:08−cv−00540
                                Honorable Samuel Der−Yeghiayan

National Railroad Passenger Corporation (Amtrak)
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: The Court's docket reflects Defendant's responsive pleading to Plaintiff's complaint is due 04/28/08. Initial status hearing reset to 05/07/08 at 9:00 a.m. Status hearing set for 03/26/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.