# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    08 C 540

Craig Meyers v. National Railroad Passenger Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

National Railroad Passenger Corporation

| | |
|---|---|
| NAME (Type or print) Susan K. Laing | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Susan K. Laing | |
| FIRM Anderson, Rasor & Partners, LLP | |
| STREET ADDRESS  55 East Monroe Street | |
| CITY/STATE/ZIP  Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06211085 | TELEPHONE NUMBER  312-673-7813 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she served the foregoing **Appearance** to:

Steven M. Dicker, Esq.
Dicker & Dicker
300 West Adams Street - #330
Chicago, IL 60606
Phone: (312) 853-3485

Thomas J. Joyce, III, Esq.
Law Office of Thomas J. Joyce, III
900 Centerton Rd.
Mount Laurel, NJ 08054
(856) 914-0220

by mailing a true copy thereof in a first class, postage prepaid envelope addressed to counsel as listed above, by depositing said envelope in the U.S. Mail chute located at 55 E. Monroe Street, Suite 3650, Chicago, Illinois, before the hour of 5:00 p.m. on April 25, 2008.

Subscribed and Sworn To
Before Me this 25th
Day of ____April____, 2008

Notary Public

Anderson, Rasor & Partners, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603

"OFFICIAL SEAL"
PATRICIA A. GUNIA
Notary Public, State of Illinois
My Commission Expires 06/13/11