IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRAIG MEYERS | : | |
| | : | |
| Plaintiff | : | Case No. 08-cv-00540 |
| | : | |
| v. | : | |
| | : | Honorable Samuel Der-Yeghiayan |
| NATIONAL RAILROAD | : | |
| PASSENGER CORP. (AMTRAK) | : | |
| | : | |
| Defendant | : | |

PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

      The Plaintiff, Craig Meyers, by and through his attorneys, Steven M. Dicker, Esquire, and Thomas J. Joyce, III, Esquire, responds to Defendant, National Railroad Passenger Corporation (Amtrak)'s Motion to Dismiss (Document 10), as follows:

      1.      Admitted in part; Denied in part.  Admitted only that on or about January 24, 2008, Plaintiff, Craig Meyers, filed a Complaint in the United States District Court for the Northern District of Illinois pursuant to the Federal Employers' Liability Act, (FELA), 45 U.S.C. Sec. 51, et seq., claiming repetitive stress and cumulative trauma injuries sustained as a result of Defendant Amtrak's negligence.  It is denied however that Plaintiff initiated this action on January 24, 2008.  Plaintiff actually initiated this action on March 30, 2007, by the filing of a Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania.  By Order of the Court, that action was tolled and dismissed without prejudice to be refiled in Illinois by January 30, 2008.  (See Order of the Court of Common Pleas of Philadelphia County, Pennsylvania, attached hereto as Plaintiff's Exhibit 1).  Plaintiff timely filed this action in this Court on January 24, 2008.

2. This paragraph contains conclusions of law to which no response is required.

3. This paragraph contains conclusions of law to which no response is required.

4. This paragraph contains conclusions of law to which no response is required.

5. Denied. It is denied that Plaintiff must specifically plead when his cause of action for each of his occupational injuries "accrued", as this is a fact question for the jury in an FELA action claiming repetitive stress and cumulative trauma injuries sustained as opposed to injuries sustained on a specific date in a specific traumatic incident.

6. Denied. It is denied that Plaintiff has not met his pleading burden. It is implicit in Plaintiff's Complaint that Plaintiff is claiming occupational repetitive stress and cumulative trauma injuries sustained, and that Plaintiff filed his Complaint within three years after he obtained the requisite knowledge concerning his work related occupational injuries. Plaintiff has satisfied his burden of notice pleading.

7. Denied. It is denied that Defendant is entitled to an Order dismissing Plaintiff's Complaint, or, alternatively, requiring Plaintiff to file an Amended Complaint specifically stating when his cause of action for each of his occupational injuries "accrued".

8. In the event that the Court determines that Plaintiff must specifically allege when his occupational injuries accrued, the Plaintiff respectfully requests the opportunity to file an Amended Complaint.

WHEREFORE, Plaintiff, Craig Meyers, respectfully requests this Honorable Court to enter an Order denying Defendant, National Railroad Passenger Corporation's Motion to Dismiss.

Respectfully submitted,

Dated: April 30, 2008     By: */s/Steven M. Dicker*
STEVEN M. DICKER, ESQUIRE
300 W. Adams Street, Suite 330
Chicago, IL 60606
(312) 853-3485
Attorney for Plaintiff

By: */s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRAIG MEYERS | : | |
| Plaintiff | : | Case No. 08-cv-00540 |
| v. | : | |
| | : | Honorable Samuel Der-Yeghiayan |
| NATIONAL RAILROAD PASSENGER CORP. (AMTRAK) | : | |
| Defendant | : | |

CERTIFICATE OF SERVICE

    I, THOMAS J. JOYCE, III, hereby certify that I forwarded a true and correct copy of the foregoing Plaintiff's Opposition to Defendant's Motion to Dismiss to the following counsel of record, via Facsimile & First Class Mail, on this 30th day of April, 2008:

Susan K. Laing, Esquire
Anderson, Rasor & Partners
55 E. Monroe Street
Chicago, IL 60603
Fax (312) 673-7781

                                                 *s/Thomas J. Joyce, III*
                                                 THOMAS J. JOYCE, III, ESQUIRE