LANDMAN CORSI BALLAINE & FORD P.C.
MIDDLE Avenue, Third Floor
2133 Arch Street
Philadelphia, PA 19103
(215) 561-8540

CRAIG MEYERS
5338 S. Nordica Avenue
Chicago, IL 60638

           **Plaintiff,**

    v.

NATIONAL    RAILROAD    PASSENGER
CORPORATION (AMTRAK)
30th & Market Streets, 2nd Floor
Philadelphia, PA 19104

           **Defendant.**

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION ("Amtrak")

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

Term: March, 2007

NO. 003930

070211

## ORDER OF COURT

AND NOW, this matter having been opened to the Court by Landman Corsi Ballaine & Ford P.C., attorneys for defendant National Railroad Passenger Corporation ("Amtrak"), and the Court having read and considered the submissions of counsel and any arguments related thereto, and for good cause shown:

IT IS on this 30th day of July 2007,

ORDERED that Amtrak's petition to dismiss the instant case pursuant to 42 Pa. C.S.A. § 5322(e) is GRANTED; and

ORDERED that plaintiff's Complaint is DISMISSED; and

ORDERED that if plaintiff files a new Complaint in Illinois, within six (6) months of the date of this Order, defendant Amtrak will waive formal service of process, and the new Complaint will be deemed filed as of March 30, 2007, the date plaintiff filed the within cause of action in the Court of Common Pleas, Philadelphia County.

BY THE COURT,

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)

JUL 30 2007

FIRST JUDICIAL DISTRICT OF PA
USER I.D.:

410342.1 DocsNJ