**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Craig Meyers
                                    Plaintiff,

v.                                                            Case No.: 1:08−cv−00540
                                                                  Honorable Samuel
                                                                  Der−Yeghiayan

National Railroad Passenger Corporation
(Amtrak)
                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

     MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Defendant National Railroad Passenger Corporation's motion to dismiss [10] is withdrawn without prejudice. Plaintiff is given leave until 05/22/08 to file an amended complaint. Defendant is given until 06/13/08 to file its responsive pleading to Plaintiff's amended complaint. Status hearing reset to 06/17/08 at 9:00 a.m. Status hearing set for 05/07/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.