**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                          Case Number:    08 C 540

Craig Meyers v. National Railroad Passenger Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

National Railroad Passenger Corporation

| | |
|---|---|
| NAME (Type or print) <br> Joseph L. Nelson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/    Joseph L. Nelson | |
| FIRM <br> Anderson, Rasor & Partners, LLP | |
| STREET ADDRESS    55 East Monroe Street | |
| CITY/STATE/ZIP    Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06291844 | TELEPHONE NUMBER    312-469-5051 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES    NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES    NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES    NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES    NO **X** | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |