IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRAIG MEYERS | : | |
| | : | |
| Plaintiff | : | Case No. 08-cv-00540 |
| | : | |
| v. | : | |
| | : | Honorable Samuel Der-Yeghiayan |
| NATIONAL RAILROAD | : | |
| PASSENGER CORP. (AMTRAK) | : | |
| | : | |
| Defendant | : | |

## JOINT INITIAL STATUS REPORT

The Plaintiff, Craig Meyers, and the Defendant, National Railroad Passenger Corporation (Amtrak), by and through their attorneys, submit the parties' Joint Initial Status Report, as follows:

1. **Nature of Claims and Counterclaims**:

The Plaintiff filed this action pursuant to the Federal Employers' Liability Act (FELA), 45 U.S.C. Sec. 51, et seq. Plaintiff claims occupational repetitive stress and cumulative trauma injuries sustained to his neck, shoulders and upper extremities, due, in whole or in part, to Defendant's failure to provide Plaintiff with a safe work environment. The Defendant denies Plaintiff's claims.

2. **Relief Sought by Plaintiff**:

Plaintiff seeks compensation for pain and suffering, inconvenience and loss of enjoyment of life, as well as lost wages, past, present and future, and loss of future earning capacity.

3. **Names of Parties Not Served**:

None.

4.  **Principal Legal Issues**:

All legal issues are in dispute including whether Defendant was negligent, and whether Defendant's negligence, in whole or in part, caused, contributed to, and/or aggravated Plaintiff's injuries.

5.  **Principal Factual Issues**:

All factual issues are in dispute except that Plaintiff has been employed by Defendant railroad from 1978 to the present.

6.  **Pending Motions**:

None.

7.  **Discovery Requested and Exchanged**:

None to date.

8.  **Discovery Needed**:

The parties will exchange written discovery; depositions of the Plaintiff and certain fact witnesses, including Amtrak supervisors and corporate officers, will be taken; a site inspection may be conducted; Expert reports, including medical and liability experts, will be exchanged, and experts deposed.

9.  **Proposed Dates**:

Initial Disclosures by July 1, 2008.

Fact Discovery by November 28, 2008.

Plaintiff's Expert Reports by January 30, 2009.

Defendant's Expert Reports by March 20, 2009.

Dispositive Motions by April 17, 2009.

Filing of Final Pretrial Order by June 22, 2009.

10. **Trial Ready**:

This matter should be ready for trial by July 2009.

11. **Length of Trial**:

The parties estimate that trial of this matter will take five (5) days.

12. **Jury Trial Request**:

The parties have requested a trial by jury.

13. **Settlement Discussions**:

None to date.

14. **Consent to Magistrate Judge**:

The parties do not consent to proceed before a Magistrate Judge at this time.

---

Respectfully submitted,

Dated: June 10, 2008         By: */s/Steven M. Dicker*
                                 STEVEN M. DICKER, ESQUIRE
                                 Dicker & Dicker
                                 300 W. Adams Street, Suite 330
                                 Chicago, IL 60606
                                 Local Attorney for Plaintiff


                             By: */s/Thomas J. Joyce, III*
                                 THOMAS J. JOYCE, III, ESQUIRE
                                 Law Office of Thomas J. Joyce, III
                                 900 Centerton Road
                                 Mount Laurel, NJ 08054
                                 Lead Trial Attorney for Plaintiff


                             By: */s/Susan K. Laing*
                                 SUSAN K. LAING, ESQUIRE
                                 Anderson, Rasor & Partners
                                 55 E. Monroe Street
                                 Chicago, IL 60603
                                 Lead Trial Attorney for Defendant