IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRAIG MEYERS | : | |
| | : | |
| Plaintiff | : | Case No. 08-cv-00540 |
| | : | |
| v. | : | |
| | : | Honorable Samuel Der-Yeghiayan |
| NATIONAL RAILROAD | : | |
| PASSENGER CORP. (AMTRAK) | : | |
| | : | |
| Defendant | : | |

_____

JOINT JURISDICTIONAL STATUS REPORT

The Plaintiff, Craig Meyers, and the Defendant, National Railroad Passenger Corporation (Amtrak), by and through their attorneys, submit the parties' Joint Jurisdictional Status Report, as follows:

I.    **Subject Matter Jurisdiction**:

The Plaintiff has filed this action pursuant to the Federal Employers' Liability Act (FELA), 45 U.S.C. Sec. 51, et seq. which grants this federal court jurisdiction over this action.

II.   **Venue (Plaintiff's Position)**:

The Plaintiff initiated this action on March 30, 2007, by the filing of a Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania. By Order of the Court, that action was tolled and dismissed without prejudice to be re-filed in Illinois by January 30, 2008. Plaintiff then filed this action in the United States District Court for the Northern District of Illinois on January 24, 2008.

                                            Respectfully submitted,

Dated: June 10, 2008                    By: */s/Steven M. Dicker*
                                            STEVEN M. DICKER, ESQUIRE
                                            Dicker & Dicker
                                            300 W. Adams Street, Suite 330
                                            Chicago, IL 60606
                                            Local Attorney for Plaintiff


                                        By: */s/Thomas J. Joyce, III*
                                            THOMAS J. JOYCE, III, ESQUIRE
                                            Law Office of Thomas J. Joyce, III
                                            900 Centerton Road
                                            Mount Laurel, NJ 08054
                                            Lead Trial Attorney for Plaintiff


                                        By: */s/Susan K. Laing*
                                            SUSAN K. LAING, ESQUIRE
                                            Anderson, Rasor & Partners
                                            55 E. Monroe Street
                                            Chicago, IL 60603
                                            Lead Trial Attorney for Defendant