# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Craig Meyers

                                Plaintiff,

v.                                      Case No.: 1:08−cv−00540
                                      Honorable Samuel Der−Yeghiayan

National Railroad Passenger Corporation (Amtrak)

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/05/08 at 9:00 a.m. As stated on the record, counsel are given 21 days to submit to the Court a joint memorandum addressing any state court tolling issues and whether there any exhaustion issues under the Federal Tort Claims Act. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.