IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRAIG S. MEYERS,                              )
                                             )
            Plaintiff,                        )
                                             )
v.                                            )        No.  08 CV 540
                                             )        Honorable Judge Samuel Der-Yeghiayan
                                             )        Magistrate Judge Denlow
                                             )
NATIONAL RAILROAD PASSENGER                   )
CORPORATION, d/b/a AMTRAK,                    )
                                             )
            Defendant.                        )

## MOTION FOR A QUALIFIED PROTECTIVE ORDER

Now comes Defendant, **NATIONAL RAILROAD PASSENGER CORPORATION**,

by its attorneys, **ANDERSON, RASOR & PARTNERS, LLP**, pursuant to 42 U.S.C. §1320d

and 45 CFR Parts 160 and 164 (HIPAA) and requests that this court enter a qualified protective

order, stating as follows:

i.      Plaintiff has filed a case alleging that the Defendant negligently caused the Plaintiff's

        injuries.

ii.     The treating physicians, hospitals and other health care providers disclosed by plaintiff in

        this case, are all "covered entities" as defined by 45 CFR 160.103.  HIPAA prohibits

        covered entities from disclosing protected health information in judicial proceedings

        other than by authorization or qualified protective order.  45 CFR § 164.512(e)

iii.    These covered entities are all in possession of "protected health information" ("PHI") as

        defined by 45 CFR 160.103 and 160.501, in the form of medical records (imaging, test

        results, insurance documents, notes, orders, labs, correspondence, pathology, etc)

pertaining to **Craig S. Meyers.**

iv.  Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to **Craig S. Meyers** which is in the treating providers' possession.

WHEREFORE, Defendant, **National Railroad Passenger Corporation**, respectfully requests that this Court enter the proposed order permitting the use and disclosure of PHI created or received by any covered entity who has provided health care to **Craig S. Meyers** for any purpose connected with the pending litigation.

Respectfully submitted,

**ANDERSON, RASOR & PARTNERS, LLP**

Attorneys for Defendant,

**ANDERSON, RASOR & PARTNERS, LLP**
55 E. Monroe Street, Suite 3650
Chicago, IL 60603
312-673-7800
Attorney I.D. 41529
Attorneys for Defendant