IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG MEYERS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 C 540 |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF MOTION**

**To:**   Mr. Thomas J. Joyce, III                  Steven M. Dicker
Law Office of Thomas J. Joyce, III            300 West Adams Street, Suite 330
900 Centerton Road                            Chicago, Illinois   60606
Mount Laurel, NJ 08054

On **July 22, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1903 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing, **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR A QUALIFIED PROTECTIVE ORDER**, a copy of which is hereby served upon you.

/s/ Joseph L . Nelson
Joseph L. Nelson

Name: Anderson, Rasor & Partners, LLP        Attorney for: National Railroad Passenger Corp.
Address: 55 E. Monroe                        City:  Chicago, IL 60603
Telephone:  (312) 673-7813

**PROOF OF SERVICE**

I, Joseph L. Nelson, the attorney, on oath states that I served this notice and the attached motion via electronic filing to the attorneys of record listed above at approximately 12:45 p.m. on June 25, 2008.

/s/ Joseph L. Nelson
Joseph L. Nelson

Anderson, Rasor & Partners, LLP
55 E. Monroe Street, Suite 3650
Chicago, IL 60603
(312)673-7813 (S. K. Laing)