# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Craig Meyers

                Plaintiff,

v.                                 Case No.: 1:08−cv−00540
                                      Honorable Samuel Der−Yeghiayan

National Railroad Passenger Corporation (Amtrak)

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant National Railroad Passenger Corporation's motion for protective order Pursuant to HIPAA [20] is granted. As stated on the record, Plaintiff to respond to Defendant's affirmative defenses within 14 days. Status hearing set for 08/05/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.