IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| CRAIG MEYERS,<br>5338 S. Nordica Avenue,<br>Chicago, IL 60638, | :<br>:<br>:<br>: | |
| Plaintiff, | :<br>: | Case. No. 1:08-cv-00540 |
| v. | :<br>: | Honorable Samuel Der-Yeghiayan |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK)<br>210 S. Canal Street<br>Chicago, IL 60606 | :<br>:<br>:<br>:<br>: | |
| Defendant. | : | |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S STATEMENT/NOTICE OF AFFILIATES**

Defendant National Railroad Passenger Corporation, by its attorneys, Anderson, Rasor & Partners, LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, states that the United States Government owns more than 5% of the stock of the National Railroad Passenger Corporation.

Dated: July 24, 2008

                                        NATIONAL RAILROAD PASSENGER
                                        CORPORATION


                                        By:   /s/ Joseph L. Nelson
                                                 One of its attorneys

Susan K. Laing
Joseph L. Nelson
Anderson, Rasor & Partners, LLP
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312) 673-7813