UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Craig Meyers
                                  Plaintiff,

v.                                                   Case No.: 1:08−cv−00540
                                                           Honorable Samuel Der−Yeghiayan

National Railroad Passenger Corporation
(Amtrak)
                                                           Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 03/18/09 at 9:00 a.m. Fact discovery shall be completed by 12/31/08. Plaintiffs expert disclosure and reports shall be served by 01/30/09. Defendants expert disclosure and reports shall be served by 02/13/08. Expert discovery shall be noticed in time to be completed by 03/13/09. Dispositive motions are to be filed by 04/17/09. Responses to the dispositive motions, if any, are to be filed by 05/01/09 and replies, if any, are to be filed by 05/08/09. Mailed notice(mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.